381 A.2d 888

Aversa et ux., Appellants, v. Pozza et ux.

586

Argued September 20, 1977. Lawrence J. Richette, for appellants; Marc D. Brookman, with him Stanley A. Uhr, for appellees.

Decree affirmed.